## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA (Allentown)

| | | | |
|---|---|---|---|
| LARSENYER GREEN | : | | |
| | : | | |
| Plaintiff, | : | NO. | 5:19-cv-00056 |
| | : | | |
| v. | : | | |
| | : | | |
| CLARK FILTER, INC. | : | **JURY TRIAL DEMANDED** | |
| | : | | |
| Defendant. | : | | |

### STIPULATION

AND NOW this _____ day of _____, 2019, it is hereby STIPULATED and AGREED, by and between all pertinent parties, by and through their undersigned counsel, that Plaintiff may respond to Defendant's Motion to Dismiss, or file an Amended Complaint, by March 13, 2019.

**WEISBERG LAW**                                   **OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**

/s/ Matthew B. Weisberg                            /s/ K. Clark Whitney
Matthew B. Weisberg, Esquire                       K. Clark Whitney, Esquire
Attorney for Plaintiff                             Attorney for Defendant


**AND IT IS SO ORDERED.**

_____
                                                                          ,J.